IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-28-F

| | | |
|---|---|---|
| CHRISTAL DUNAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| COAST PROFESSIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On May 15, 2013, Plaintiff Christal Dunaway filed an unusual motion: one to extend the time for Defendant Coast Professional, Inc., to file an answer or otherwise respond to her complaint. In the motion, which was filed with consent of Defendant Coast Professional, Dunaway indicated that the parties had reached a settlement, and she was seeking the motion for extension of time so the parties could consummate the settlement. That same day, Dunaway filed a notice of settlement, stating that she anticipated filing a voluntary dismissal of this action within 30 days.

More than 30 days have passed, and no notice of dismissal nor answer or other response to the complaint has been filed. Regardless, given Dunaway's previous representations, the court ORDERS that this action is DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before August 2, 2013. Unless the case is reopened, Plaintiff is DIRECTED to file a notice of voluntary dismissal on or before August 2, 2013.

SO ORDERED. This the 17th day of July, 2013.

James C. Fox
James C. Fox
Senior United States District Judge